UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:17-cv-00350-MOC-DLH

| | | |
|---|---|---|
| **MARY MARTIN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **NORTH CAROLINA DEPARTMENT OF** | ) | |
| **PUBLIC SAFETY** | ) | |
| **BIANCA HARRIS** | ) | |
| **NAKISHA GARRETT** | ) | |
| **FNU THOMPKINS,** | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on defendant North Carolina Department of Public Safety's ("NCDPS") Motion to Dismiss. In her Response (#18), plaintiff concedes that Defendant NCDPS is entitled to the relief it seeks. Having considered NCDPS's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant North Carolina Department of Public Safety's Motion to Dismiss (#13) is **GRANTED**, and the claims asserted against such defendant in the Complaint are **DISMISSED** for the reasons provided in the NCDPS's Memorandum of Law in Support (#14). Defendant North Carolina Department of Public Safety is **TERMINATED** as a party defendant to this action.

Signed: April 23, 2018



Max O. Cogburn Jr
United States District Judge

-1-