# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17 cv 350

| | |
|---|---|
| MARY MARTIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| NAKISHA GARRETT, *in her individual* ) | |
| *capacity as employee of the North Carolina* ) | |
| *Department of Public Safety*, **et al.,** ) | |
| ) | |
| Defendants. ) | |

Before the Court is Plaintiff's second Motion for Leave to Amend the Complaint [# 27]. On December 22, 2017, Plaintiff filed her Complaint [# 1]. On July 30, 2018, the Court denied Plaintiff's first Motion for Leave to Amend [# 26]. On August 8, 2018, Plaintiff filed her second Motion for Leave to Amend [# 27]. Plaintiff complied with the Court's directions from its previous Order. Further, existing Defendants in this suit did not object to the amendment.

After reviewing the arguments and the relevant law, the Court **GRANTS** the Motion [# 27]. The Court **DIRECTS** Plaintiff to file her amended complaint with the Clerk's Office within **7 days** of the entry of this Order. Additionally, the Court **INSTRUCTS** Plaintiff that she will need to have a summons issued and obtain service for the new defendant she wishes to add.

Signed: August 10, 2018

_____
Dennis L. Howell
United States Magistrate Judge