# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17 cv 350

| | |
|---|---|
| **MARY MARTIN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **NAKISHA GARRETT,** *in her individual* ) | |
| *capacity as employee of the North Carolina* ) | |
| *Department of Public Safety*, **et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

Before the Court is the Certification between Plaintiff and Defendants Nakisha Garrett, Bianca Harris, and Mahogani Thompkins [# 28]. It appears that Plaintiff has filed a consent Motion to Amend her Complaint [# 27] and will be including a new defendant in the amended complaint.

Accordingly, the Court must **DENY** the Certification [# 28]. The Court **INSTRUCTS** the parties to conduct another initial attorneys' conference once the additional defendant has been served and filed an answer.

Signed: August 10, 2018

Dennis L. Howell
United States Magistrate Judge