# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17 CV 350

| | | |
|---|---|---|
| **MARY MARTIN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| **NAKISHA GARRETT,** *in her individual capacity as employee of the North Carolina Department of Public Safety*; **BIANCA HARRIS,** *in her individual capacity as warden of North Carolina Correctional Institution for Women*; **MS. THOMPKINS**, *in her individual capacity as an employee of the North Carolina Department of Public Safety;* **WALLY WAZAN,** *in his individual capacity as employee of the North Carolina Department of Commerce*, | ) ) ) ) ) ) ) ) ) ) | |
| **Defendants.** | ) ) | |

This matter is before the Court on the Motion to Withdraw as Counsel filed by Plaintiff's counsel, Aaron Mayer (Doc. 41).

In the Motion, Mr. Mayer states that his South Carolina bar license "was placed on interim suspension" on or about August 21, 2018. The Motion further states that "there has been no discipline of Mr. Mayer, but his license remains suspended and he is locked out of his bank accounts." Id. at 1.

On January 11, 2019, a notice was issued by the Clerk of Court scheduling a hearing on the Motion for January 31, 2019.

Defendant Wazan subsequently filed a response objecting to the relief sought by the Motion (Doc. 43). The response cites to an order of the Supreme Court of South Carolina dated August 24, 2018, which states that Mr. Mayer's "license to practice law in [South Carolina] is suspended until further order of this Court." See (Doc. 43) at 4; Matter of Mayer, 424 S.C. 277, 278 (2018). The Order further appoints Peyre Thomas Lumpkin, Esq., as a receiver "to assume responsibility for [Mr. Mayer's] client files…" and directs him to "protect the interests of [Mr. Mayer's] clients." Matter of Mayer, 424 S.C. at 278.

Accordingly, attorney Aaron Mayer is hereby **DIRECTED** to provide Plaintiff and Peyre Thomas Lumpkin with notice of the hearing that has been scheduled in this matter for January 31, 2019 and to provide each of them with a copy of this Order.

Signed: January 17, 2019

W. Carleton Metcalf
United States Magistrate Judge