UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17-cv-350-MOC-DLH

| | |
|---|---|
| MARY MARTIN, ) | |
| Plaintiff, ) | |
| vs. ) | ORDER |
| NAKISHA GARRETT, et al., ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the Motion of Defendants Nakisha Garrett, Mahogani Thompkins, and Biana Harris, through North Carolina Department of Justice Assistant Attorney General Corrine Lusic, to be excused from appearance at the August 5, 2019, hearing on Defendant Wally Wazan's Motion to Dismiss, or otherwise be permitted to appear by telephone. (#53)

The motion is **DENIED**. In her Amended Complaint, Plaintiff has raised very serious and troubling claims against Defendant Wazan and the other Defendants, who are North Carolina state employees. The Court requires counsel for the North Carolina Department of Justice to personally attend the hearing to address these allegations, as well as the issue of a purported tolling agreement in this matter that is relevant to Defendant's statute of limitations defense.

**IT IS SO ORDERED**.

Signed: July 31, 2019



Max O. Cogburn Jr.
United States District Judge