UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17-cv-350-MOC-DLH

| | |
|---|---|
| MARY MARTIN, | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) ORDER |
| NAKISHA GARRETT, et al., | ) |
| Defendants. | ) |

**THIS MATTER** is on the Court's own motion following a hearing held in this matter August 5, 2019.

As discussed in the hearing, defense counsel shall produce to the Court by August 26, 2019, the tolling agreement at issue to defendant's statute of limitations defense.

**IT IS SO ORDERED**.

Signed: August 9, 2019

Max O. Cogburn Jr
United States District Judge

1