**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**1:17-cv-350-MOC-WCM**

| | |
|---|---|
| **MARY MARTIN,** | ) |
| | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) |
| | ) |
| | ) **ORDER** |
| | ) |
| **NAKISHA GARRETT, et al.,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

      **THIS MATTER** is before the Court following receipt of a tolling agreement at issue in this case submitted by Defendant Wally Wazan following a hearing by this Court. (Doc. No. 58-1). Before ruling on Defendant's motion to dismiss, the Court shall give the parties ten days from entry of this Order in which to brief the issue of the legal effect of the tolling agreement as to Plaintiff's claims against Defendant Wally Wazan in his individual capacity, including through submission of an affidavit by Wazan attesting to his knowledge or lack thereof of the tolling agreement when it was entered.

      **IT IS SO ORDERED.**

Signed: September 3, 2019

Max O. Cogburn Jr.
United States District Judge