UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17-cv-350-MOC-WCM

| | |
|---|---|
| MARY MARTIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| NAKISHA GARRETT, et al., ) | **ORDER** |
| ) | |
| ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on a sealed letter received from Plaintiff Mary Martin, a North Carolina prisoner currently incarcerated at Neuse Correctional Institution in Goldsboro, North Carolina. (Doc. No. 57). Plaintiff asks for this Court's assistance with preventing her from being transferred to Swannanoa Correctional Center for Women in Black Mountain, North Carolina.

The North Carolina Department of Public Safety is the agency with authority for determining whether Plaintiff is incarcerated. This federal district court has no authority to direct where Plaintiff is housed. Therefore, Plaintiff's letter is **DENIED**, (Doc. No. 57), without prejudice to Plaintiff to seek assistance directly from the North Carolina Department of Public Safety.

**IT IS SO ORDERED**.

Signed: September 16, 2019



Max O. Cogburn Jr
United States District Judge