IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17 CV 350 MOC WCM

| | |
|---|---|
| MARY MARTIN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NAKISHA GARRETT, in her individual ) <br> capacity as employee of the North Carolina ) <br> Department of Public Safety; BIANCA ) <br> HARRIS, in her individual capacity as warden ) <br> of North Carolina Correctional Institution for ) <br> Women; MS. THOMPKINS, in her individual ) <br> capacity as an employee of the North Carolina ) <br> Department of Public Safety; WALLY ) <br> WAZAN, in his individual capacity as ) <br> employee of the North Carolina Department ) <br> of Commerce, ) <br> ) <br> Defendants. ) <br> _____ ) | ORDER |

This matter is before the Court on correspondence from Plaintiff which the undersigned will construe as an *Ex Parte* Motion for Miscellaneous Relief (Doc. 79).

The docket in this matter reveals that attorneys Zachary L. McCamey and Mark W. Kinghorn filed notices of appearance on behalf of Plaintiff on March 11, 2020 (Docs. 68, 69) and continue to represent her.

As Plaintiff is represented, motions made on her behalf should be submitted by her counsel of record and in conformity with the Federal Rules of

Civil Procedure and the local civil rules of this district.

Accordingly, Plaintiff's *Ex Parte* Motion for Miscellaneous Relief (Doc. 79) is **DENIED**.

It is so ordered.

Signed: July 2, 2020

W. Carleton Metcalf
United States Magistrate Judge