IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17 CV 350 MOC WCM

| | |
|---|---|
| MARY MARTIN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NAKISHA GARRETT, in her individual ) <br> capacity as employee of the North Carolina ) <br> Department of Public Safety; BIANCA ) <br> HARRIS, in her individual capacity as warden ) <br> of North Carolina Correctional Institution for ) <br> Women; MS. THOMPKINS, in her individual ) <br> capacity as an employee of the North Carolina ) <br> Department of Public Safety; WALLY ) <br> WAZAN, in his individual capacity as ) <br> employee of the North Carolina Department ) <br> of Commerce, ) <br> ) <br> Defendants. ) <br> _____ ) | ORDER |

This matter is before the Court on a Consent Motion for Leave to Depose Incarcerated Plaintiff (the "Motion," Doc. 87) filed by Defendants Nakisha Garrett, Mahogani Thompkins and Bianca Harris (hereinafter "NCDPS Defendants").

NCDPS Defendants seek to take the incarcerated Plaintiff's deposition pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure. The Motion will be granted, and defense counsel will be allowed to depose Plaintiff at the institution where she is confined in a room to be designated by the

administrator of the institution at a date to be selected by the administrator and the NCDPS Defendants' counsel. A guard may be present during the deposition, if directed by the institution's administrator.

**IT IS THEREFORE ORDERED** that the Consent Motion for Leave to Depose Incarcerated Plaintiff (Doc. 87) is **GRANTED**.

Signed: January 11, 2021

W. Carleton Metcalf
United States Magistrate Judge