IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17 CV 350 MOC WCM

| | |
|---|---|
| MARY MARTIN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NAKISHA GARRETT, in her individual ) <br> capacity as employee of the North Carolina ) <br> Department of Public Safety; BIANCA ) <br> HARRIS, in her individual capacity as warden ) <br> of North Carolina Correctional Institution for ) <br> Women; MS. THOMPKINS, in her individual ) <br> capacity as an employee of the North Carolina ) <br> Department of Public Safety; WALLY ) <br> WAZAN, in his individual capacity as ) <br> employee of the North Carolina Department ) <br> of Commerce, ) <br> ) <br> Defendants. ) <br> _____ ) | ORDER |

This matter is before the Court on a Motion to Withdraw (the "Motion," Doc. 95), by which counsel of record for Defendant Mahogani Thompkins ("Thompkins") request leave to terminate their representation of Thompkins in response to her alleged failure to maintain contact with counsel and cooperate fully in her defense.

In light of the allegations in the Motion, and considering the upcoming pretrial deadlines in this matter, the undersigned finds that a hearing should conducted.

Accordingly, the Clerk is respectfully **DIRECTED** to set a hearing via video teleconference on the Motion to Withdraw. Counsel for Thompkins is **DIRECTED** to use all reasonable efforts to provide Thompkins with notice of the hearing, as well as a copy of the Motion to Withdraw and this Order. Defendant Thompkins is **ADVISED** that her participation in the hearing is expected and that she may attend via video teleconference or, if video teleconferencing capability is unavailable to her, via telephone.

It is so ordered.

Signed: April 22, 2021

W. Carleton Metcalf
United States Magistrate Judge