**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NO. 1:17-CV-350-MOC-WCM**

| | |
|---|---|
| **MARY MARTIN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **NAKISHA GARRETT, BIANCA HARRIS,** ) | |
| **FNU THOMPKINS, and WALLY WAZAN,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for the scheduling of a Judicial Settlement Conference. Pursuant to an Order (Document No. 86) of the Honorable Max O. Cogburn, Jr., the parties have contacted the undersigned's chambers to schedule a Judicial Settlement Conference.

**IT IS, THEREFORE, ORDERED** that a virtual Judicial Settlement Conference shall convene on Tuesday, June 22, 2021 at 9:30 a.m. Details regarding the Microsoft Teams platform and link to be used for the conference will be communicated with the parties at a later date following this Order.

**IT IS FURTHER ORDERED** that each of the four individual Defendants – Garrett, Harris, Thompkins, and Wazan – remain available throughout the conference to be reached by phone if necessary. The Court notes that the parties have indicated that as for individual Defendants Garrett, Harris, and Thompkins, a Department of Public Safety representative with settlement authority will be appearing on their behalf pursuant to the Defense of State Employees Act.

**SO ORDERED**.

Signed: May 4, 2021

David C. Keesler
United States Magistrate Judge