IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17-cv-00350-MOC-WCM

| | |
|---|---|
| MARY MARTIN, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| V. ) | |
| ) | |
| **NAKISHA GARRETT,** in her individual ) | ORDER |
| capacity as employee of the North Carolina ) | |
| Department of Public Safety; ) | |
| **BIANCA HARRIS,** in her individual ) | |
| capacity as warden of North Carolina ) | |
| Correctional Institution of Women; ) | |
| **FNU THOMPKINS,** in her individual ) | |
| capacity as employee of the North Carolina ) | |
| Department of Public Safety; and ) | |
| **WALLY WAZAN,** in his individual ) | |
| capacity as employee of the North Carolina ) | |
| Department of Commerce ) | |
| ) | |
| DEFENDANTS. ) | |
| ) | |

Before the Court is a Consent Motion to Toll Motions Deadline Pending Hearing (the "Motion to Toll," Doc. 102), which has been filed by Defendant Wally Wazan. Plaintiff and Defendants Nakisha Garrett and Bianca Harris consent to the relief requested. The position of Defendant Thompkins, who is proceeding *pro se*, is not described in the Motion to Toll.

On May 24, 2021, a Joint Motion for Extension of Dispositive Motions Deadline was filed by Plaintiff and Defendants Wazan, Garrett, and Harris (the "Motion for Extension," Doc. 100). By the Motion for Extension, those

parties request an extension of the June 3, 2021 motions deadline through and including June 18, 2021. A hearing on the Motion for Extension is set for Friday, June 4, 2021.

In the Motion to Toll, Defendant Wazan requests that the current motions deadline be tolled to allow the parties an opportunity to be heard on the Motion for Extension prior to expiration of the June 3, 2021 deadline. This request will be granted, subject to possible further modification of the pretrial deadlines following the June 4, 2021 hearing as may be necessary.

**IT IS THEREFORE ORDERED** that the Consent Motion to Toll Motions Deadline Pending Hearing (Doc. 102) is **GRANTED**, and the deadline to file motions is **EXTENDED** through and including June 7, 2021.

Signed: June 1, 2021

W. Carleton Metcalf
United States Magistrate Judge