IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NO. 1:17-CV-350-MOC-WCM

| | |
|---|---|
| MARY MARTIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| NAKISHA GARRETT, BIANCA HARRIS, ) | |
| MAHOGANI THOMPKINS, and WALLY ) | |
| WAZAN, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding additional details for the virtual Judicial Settlement Conference in this case, scheduled for Tuesday, June 22, 2021 at 9:30 a.m. See (Document No. 99).

**IT IS, THEREFORE, ORDERED** that Defendant Wally Wazan shall remain available throughout the conference to be reached by phone if necessary. Pursuant to the North Carolina Defense of State Employees Act, Mr. Wazan shall be represented at the conference by counsel in addition to a Department of Commerce representative with settlement authority.

**IT IS FURTHER ORDERED** that Defendant Mahogani Thompkins shall attend the virtual Judicial Settlement Conference unless she retains counsel.

**SO ORDERED**.

Signed: June 11, 2021

*[Signature]*
David C. Keesler
United States Magistrate Judge